## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CREDA SOFTWARE, INC.,<br><br>                             Debtor.<br><br>―――――――――――――――――――<br>ALLEN PULSIFER,<br><br>                             Plaintiff,<br><br>        v.<br><br>GEORGE L. MILLER, CHAPTER 7 TRUSTEE, etc.,<br><br>                             Defendant. | Chapter 7<br>Case No. 20-10919 (KBO)<br><br>Adv. Pr. No. 21-51160 (KBO)<br><br><br>**Re: Adv. D.I. 7** |

### GEORGE L. MILLER, CHAPTER 7 TRUSTEE'S MOTION TO DISMISS
### FIRST AMENDED COMPLAINT

Defendant, George L. Miller, Chapter 7 Trustee ("Defendant") moves to dismiss the First Amended Complaint filed in the above-captioned adversary proceeding pursuant to Fed. R. Civ. P. 12(b)(1)and 12(b)(6) as incorporated by Federal Rule of Bankruptcy Procedure 7012[1], and in support of the same states as follows:

1.      The First Amended Complaint fails to allege an actual, justiciable controversy or cause of actionexisting between plaintiff and defendant.

2.      Plaintiff lacks standing as they have suffered no concrete or imminent injury, and

---

[1]  Defendant consents to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

their request for declaratory relief is based on hypotheses, not facts.

3.      The First Amended Complaint merely calls for the issuance by the court of an advisory opinion onpurely hypothetical facts and abstract propositions, on the mere statement of conclusions of law and fact, and on some possible future or contingent transaction.

4.      Because of the above, this action is not properly brought under 28 U.S.C. § 2201.

5.      Defendant incorporates by reference the arguments and authorities set forth in the brief filed in support of this motion contemporaneously herewith.

WHEREFORE, for good cause shown, Defendant respectfully moves for dismissal of the First Amended Complaint without leave to amend.


Dated: October 29, 2021                    **CIARDI CIARDI & ASTIN**

                                           */s/ Daniel K. Astin*
                                           Daniel K. Astin
                                           1204 N. King Street
                                           Wilmington, DE 19801
                                           Tele:  (302) 658-1101
                                           Fax: (302) 658-1300
                                           dastin@diardilaw.com

                                           -and-

                                           Albert A. Ciardi III, Esq.
                                           Walter W. Gouldsbury III, Esq.
                                           CIARDI CIARDI & ASTIN
                                           1905 Spruce Street
                                           Philadelphia, PA 19103
                                           (215) 557-3550 telephone
                                           (215) 557-3551 facsimile
                                           aciardi@ciardilaw.com
                                           wgouldsbury@ciardilaw.com

                                           *Attorneys for George L.*
                                           *Miller, Chapter 7*
                                           *Trustee*