**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**



FILED

2022 MAR 29  AM 10: 35

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Involuntary Chapter 7 |
| CREDA SOFTWARE, INC., | Case No. 20-10919-KBO |
| Debtor. | |
| | |
| ALLEN PULSIFER, | Adv. Proc. No. 21-51160-KBO |
| Plaintiff, | |
| v. | |
| GEORGE L. MILLER, as Chapter 7 Trustee for the Debtor, | |
| Defendant. | |

**PLAINTIFF'S THIRD SET OF INTERROGATORIES**

The Plaintiff Allen Pulsifer ("Pulsifer") hereby makes the following interrogatory

requests to the Defendant George L. Miller ("Trustee") pursuant to Fed. R. Bankr. P. Rule 7033

and Fed. R. Civ. P. Rule 33.

**Definitions**

As used in these requests, the following terms have the meanings defined below:

A. The "Court" refers to the United States Bankruptcy Court for the District of Delaware.

B. The "Main Bankruptcy Case" refers to In Re Creda Software, Inc., Case No. 20-10919 in

the Court.

1

C. The "Adversary Proceeding" refers to Pulsifer vs. Miller, Adv. Proc. No. 21-51160 in the Court.

D. The "Counterclaims" refers to the Trustee's counterclaims against Pulsifer in the Adversary Proceeding.

E. An "agent" means any agent, employee, officer, director, member, attorney, contractor, representative, or any other person acting at the direction of or on behalf of another.

F. "You" refers to the Defendant Trustee any of your agents.

### Interrogatories

The Plaintiff requests the Trustee answer the following interrogatory:

7. Describe in detail the transfer alleged in your Counterclaims, including:

    – What was allegedly transferred;

    – How it was allegedly transferred;

    – By whom it was allegedly transferred;

    – From whom it was allegedly transferred;

    – To whom it was allegedly transferred;

    – The date of the alleged transfer;

    – The value of what was allegedly transferred;

    – How that value was determined.

8. With respect to each of the facts and claims You made in your "Motion Pursuant to Section 542 (a) of the Bankruptcy Code for Entry of an Order Directing Turnover of Property of the Estate to the Chapter 7 Trustee" filed in the Main Bankruptcy Case, identify such fact or claim and state all steps you took to investigate such fact or claim, including the documents You consulted and any persons with whom You communicated, the date each step was taken and by

2

whom it was taken.  Further identify all documents reflecting this investigation (including but

not limited to investigation notes and timesheets or work logs), and any persons with knowledge

of this investigation and the nature of their knowledge and how it was acquired.


Dated: March 25, 2022

_Allen Pulsifer_
Allen Pulsifer
PO Box 356
Annapolis Jct, MD 20701
tel (667) 217-2713
bk2020@credacash.com

## CERTIFICATE OF SERVICE

I, Allen Pulsifer, certify that service for this PLAINTIFF'S THIRD SET OF INTERROGATORIES and PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS was made upon the following persons on February 22, 2022, via email to:

Walter W. Gouldsbury III, Esquire
wgouldsbury@ciardilaw.com
*Attorney for George L. Miller*

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: March 25, 2022

Allen Pulsifer

FILED

2022 MAR 29  AM 10: 35

CLERK
US BANKRUPTCY COUR
DISTRICT OF DELAWARE

Allen Pulsifer
PO Box 356
Annapolis Jct MD 20701
(667) 217-2713

March 25, 2022

U.S. Bankruptcy Court
824 North Market St, 3rd Floor
Wilmington, DE 19801

RE: Pulsifer v. Miller, Adv. Proc. No. 21-51160-KBO

Dear Clerk,

Pursuant to Del. Bankr. L.R. 7026-2(a), please find enclosed for filing in the above captioned matter:

- PLAINTIFF'S THIRD SET OF INTERROGATORIES

- PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

- CERTIFICATE OF SERVICE

Thank you,

Allen Pulsifer

Allen Pulsifer

cc: Walter W. Gouldsbury III, Esquire